**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SETH J. BRANDT,** : | |
|     **Plaintiff** : | |
| : | No. 3:13-cv-02165 |
| **v.** : | |
| : | (Judge Kane) |
| **CAROLYN W. COLVIN** : | |
| **COMMISSIONER** : | |
| **OF SOCIAL SECURITY** : | |
|     **Defendant** : | |

## ORDER

**AND NOW**, on this 24th day of September 2014, **IT IS HEREBY ORDERED THAT**:

1. The decision of the Commissioner denying disability insurance benefits and supplemental social security income to Plaintiff is **AFFIRMED**; and

2. The Clerk of Court is directed to enter judgment in favor of Defendant and to close the case.

                                                        S/ Yvette Kane
                                                        Yvette Kane, District Judge
                                                        United States District Court
                                                        Middle District of Pennsylvania